IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TONY GOODMAN, | :  |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. CV699-012 |
| THE STATE OF GEORGIA, | : |
| Defendant. | : |

## ORDER

The Court has considered the Notice of Withdrawal of **Stephen E. Curry** to withdraw as attorney of record for the defendant in the captioned case. Said motion is **GRANTED**.

**SO ORDERED**, this 11th day of April, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)