UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Statesboro Division

TONY GOODMAN,  )
              )
vs            )      CASE NUMBER  CV699-012
              )
STATE OF GEORGIA, et al.,  )
              )

## ORDER

The Judgment of this Court in the above entitled action having been remanded by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This 14th day of July, 2006.

JAMES E. GRAHAM, U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA