IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TONY GOODMAN,

    Plaintiff,

vs.

THE STATE OF GEORGIA,

    Defendant.

CIVIL ACTION NO. CV699-012

## ORDER

Pursuant to the May 17, 2006, Decision of the Eleventh Circuit Court of Appeals, Plaintiff is directed to file an amended complaint within thirty (30) days of the date of this Order. In his amended complaint, Plaintiff shall specify in separate courts (1) what specific conduct he alleges violates the Eighth and Fourteenth Amendments and is actionable under 42 U.S.C. § 1983; (2) to what extent the alleged conduct underlying Plaintiff's constitutional claims also violates Title II of the Americans with Disabilities Act ("ADA"); (3) what specific conduct, if any, allegedly violates Title II of the ADA but does not violate the Eighth and Fourteenth Amendments; and (4) what named defendants are sued under § 1983, Title II of the ADA, or both, and in what capacity each named defendant is sued (such as, whether individually or in official capacity).

**SO ORDERED**, this 1st day of September, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)