## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | | |
|---|---|---|
| TONY GOODMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 6: 99-CV-012-JEG |
| JAMES E. DONALD, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### NOTICE OF FILING OF EXPERT REPORT

Plaintiff Tony Goodman files this expert report of Mark J. Mazz, AIA,

attached hereto as Exhibit A.

Respectfully submitted on this 4th day of September, 2008.


s/ Lawrence J. Bracken II
Lawrence J. Bracken II
Georgia Bar No. 073750
*Email:  lbracken@hunton.com*
Jason M. Beach
Georgia Bar No. 043606
*Email:  jbeach@hunton.com*
HUNTON & WILLIAMS LLP
Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone:  (404) 888-4100

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **NOTICE OF FILING**

**OF EXPERT REPORT** was served on the following counsel by virtue of the

Court's CM/ECF system:

Pattie J. Williams, Esq.
Office of the Attorney General
Department of Law
40 Capitol Square, S.W.
Atlanta, GA 30334-1300

Sarah E. Harrington, Esq.
Department of Justice-Appellate Section, Civil Rights Division
P.O. Box 14403
Ben Franklin Station
Washington, DC 20044-4403

This 4th day of September, 2008.

s/ Lawrence J. Bracken II
Lawrence J. Bracken II