**Mark J. Mazz, AIA**
**Curricula Vitae**

**Background:**

Thirty years ago, Mr. Mazz started his accessibility career with the University of Maryland's Section 504 Transition Plan.  Since, he has been responsible for the accessibility projects in his private practice and in the offices of Edwin F. Ball, AIA and Celentano Esposito & Associates.  Mr. Mazz also has collaborated with other nationally known "accessibility firms" including Ron Mace and Barrier Free Environments.  His major clients include the Architect of the Capitol, other Federal agencies, Howard County Public School System, and Evan Terry Associates.  In his eight years with the Federal Government, Mr. Mazz was an architect in DOJ's Housing and Civil Enforcement and Disability Rights Sections and the senior advisor on accessibility issues in HUD's Office of Fair Housing and Equal Opportunity.

More than 70% of his career has focused on accessibility.  For the past nine years, Mr. Mazz has focused exclusively on the Americans with Disabilities Act (ADA), the Fair Housing Act (FHA), Section 504 of the Rehabilitation Act, and the Architectural Barriers Act (ABA).  Prior to federal employment he belonged to several disability organizations and has donated services through the Spinal Cord Injury Network of Metropolitan Washington and Independence Now, Inc. He continues to donate services through the Maryland Disability Law Center.

**Awards:**

Prince George's County Commission on Persons with Disabilities, Award 1992
Governor's Committee on Employment of Persons with Disabilities, Award of Merit: Howard County Public School System Barrier-Free Plan, 1991
National Association of Counties Achievement Award: "Project for Housing Assistance for the Disabled," 1984
Governor's Committee on Employment of Persons with Disabilities, Highest Design Award: Barrier-Free Homes, 1984 and 1983

**Talks:**

**Emergency and Temporary Housing:**
AHPP Conference, "Accessibility Issues in Direct Housing", February 2008.
HHS - DHS Conference on Emergency Management and Individuals with Disabilities and the Elderly, "Accessible Emergency Transportable Housing", June 2006
Tampa, FL, Accessibility and Emergency Transportable Housing, April 2006.
Emmitsburg FEMA Training, "The Housing Hour", 2006.

**Accessibility Codes and Standards:**
AIA National Convention, "Let's End the Confusion: The Four Federal Accessibility Laws", May 2008.
AIA National Convention, "Accessibility Affects Our Life Cycle", May 2007.
Architectural Exchange East, Richmond, VA, November 2006.
LEAD Conference, ADA and Historic Preservation, 2006.
AIA Design DC, February 2005.
Building Officials Association of Florida, 2005.
Conference on Disability Access, Honolulu, HI, 1999, 2003, and 2006.
Panelist - Above the First Floor: A Maryland Downtown Development Association
"ADA Questions and Issues; How to Handle Them" Western Maryland Architects Group, January 1999.

"The Fair Housing Amendments Act – Accessibility Guidelines," presented at the PVAIA, NVAIA, and WAIA Chapters' "Surviving the Code Revisions," November 1998

"Status and Ramifications of the ADA and the FHAA" presented at the Maryland Society of the AIA annual meeting, October 1997

Guest Speaker at the Chesapeake Bay Chapter of the AIA on the ADA and FHAA, summer 1997 Guest Lecturer at the State of Maryland's ADA Coordinator's Bimonthly Meeting on the ADA, Spring 1997

"Planning and Designing for the Disabled." Presented at the U.S. Baltic Foundation seminar: "Municipal Government in a Democratic Free Market Society" in Vilnius, Lithuania, June 1991.

**ADA:**

City of Detroit, Curb Ramps, 2006.

Tucson City Government, AZ, ADA Training, 2005.

"Universal Design Seminars."  University of Maryland School of Architecture, December 1994

"Removal of Architectural Barriers" at ADA Airport Compliance Workshop, American Association of Airport Executives in 1992

Panelist - for the Potomac Valley AIA's ADA "Round Table" Discussion in 1992

**Fair Housing:**

National Association of Home Builders, Fair Housing Accessibility Guidelines, 2003.

NAPAS, Fair Housing Accessibility Guidelines, 2003.

AIA National Conventions, May 2000 and 2002.

 "Advance Training in the Fair Housing Amendments Act," Harvard University Graduate School of Design Professional Development Course, August 1998 and 1999

"The Fair Housing Amendments Act – Accessibility Guidelines – It's Not the ADA," AIA National Convention, May 1998

**Section 504:**

"How to Survey", Training for HUD's investigative staff, August 2007

HUD Baltimore, September 2006.

Miami Dade Housing Authority, 2003

Puerto Rico Housing Authority, 2003.

City of Frederick, Accessibility Training, April 2004.

HUD Telecast, November 2003


**Publications:**

"Fair Housing Amendments Act Accessibility Guidelines Interpretive Manual, Working Draft," self-published May 7, 1999

"Summary of all Title II and III U.S. Department of Justice Technical Assistance Letters, July 26, 1990 - December 3, 1995" published by ETA, August 1996 (ADA)

"The ADA Facilities Compliance Workbook, 1996 Supplement," by ETA, published by John Wiley & Sons, Inc., April 1996

Significantly revised nine pages in the ninth edition of the American Institute of Architects' "*Architectural Graphic Standard.*" and helped create a separate chapter on accessibility for the 10th edition.

"Project for Housing Assistance for the Disabled" (SCINMW), self-published July 1984

"Access Home - A Guide for the Mobility Impaired Consumer" (SCINMW), self-published July 1984


**Professional Associations:**

U.S. Architectural and Transportation Barriers and Compliance Board, Advisory Committee on Emergency Transportable Housing,  Representing HUD 2007 – 2008.

Past (1992 – 2000):
Building Officials and Codes Administrators (BOCA), 1998 – 2000.
Maryland-National Capital Building Industry Association, 1998 – 2000.
National Association of Home Builders (NAHB), 1998 – 2000.
Member of Smart Code Advisory Board, 1999 – 2000.
Chair of Maryland Society of Architects' Codes Committee, Chair, 1997 – 2000.
Member of the Board of Directors of the Maryland Society of Architects (MSAIA) representing the Potomac Valley Chapter (PVAIA), 1997 – 2000.
Chair of the Maryland Building Performance Standard (MBPS) Advisory Committee, 1998 – 1999.
Member of Spinal Cord Injury Network of Metropolitan Washington (SCINMW).

Previously a member the Governor's Accessibility Task Force to the Maryland Stadium Authority, the Maryland Quality Based Selection Council, Prince George's County Committee to Revise Accessibility Building Code, the Maryland Alliance of Advocates with the Handicapped, and an Advisor to Montgomery County Commission for Disabled Individuals

**Professional Affiliations:**

Registered Architect:    Maryland #6339-A, 1983
National Council of Architectural Registration Board: Certificate #40,527 (inactive)
American Institute of Architects (AIA)

**Community Associations:**

Past (1992 – 2000)
Volunteer for Community Design Services, Inc. of Washington, D.C.
Volunteer for the Neighborhood Design Center of Prince George's County, MD
Member of the St. Jerome's Parish Council, Hyattsville, MD
Vice Chair of the St. Jerome's School Board, Hyattsville, MD, 1994 - 1997
Chair of the Leland Memorial Hospital Closure Task Force in 1993

Previously, chair of Riverdale's Committee on Real Estate Planning and Development and Riverdale's representative for the Planning Area 68 Master Plan revisions and the College Park/Riverdale TDOZ planning process.

**Education:**

University of Maryland,     Bachelor of Arch. 1980.
College Park                BS, Urban Studies 1980.

**Expert at Trial or Deposition:**  (Past ten years)

Beverly Jones-Whitley v. Isabel Mercer v. First Washington Realty (ADA, for the plaintiff), current.
HUD, on behalf of Montana Fair Housing, Inc v. Brent Nelson, No. HUDALJ 05-068-FH, May 2007 (Fair Housing, for the plaintiff).
Susan Meineker, et al v. Hoyts Cinema Corporation No. 1:98-CV-1526, 2000 (ADA, for the plaintiff).
United States of America v. Rock Springs Vista Development Co., Inc., et al, No. CV-0-97-1825-JBR-(RLH), March 1999 (Fair Housing, for the plaintiff).

Montanari v. Sec'y of HHS, Fed. Lc. No. 90-1984V, October 1998 (Vaccination, for the defense).
Dale R. Reid, et al. V. Parris N. Glendening, et al., Civil Action No. AMD-96-2337, June 1998 (ADA, for the defense).