

# Mark J. Mazz, AIA

May 30, 2008

## Fee Schedule

| | |
|---|---|
| Consulting: | $200/hr |
| Court and Deposition Time: | $275/hr |
| Reimbursables: | 1.2 times actual costs |
| Mileage: | $0.485/mile |

Architecture          Consulting          Barrier-Free Design
4016 Jefferson Street, Hyattsville,  MD 20781          301-440-4276          mark.j.mazz@verizon.net



# Mark J. Mazz, AIA

August 1, 2008

Sarah M. Shalf, Attorney
3900 One Atlantic Center
1201 West Peachtree St. NW
Atlanta, GA 30309
Re:  Invoice July 2008

Ms. Shalf,

The following is due for services rendered through July 31, 2008.

| Description | | | Bill Rate | Amount |
|---|---|---|---|---|
| Consulting | 58.25 | hr | $200.00 | $11,650.00 |
| | | | | |
| Reimbursements | | | | |
| Airline Ticket | 1 | ea | $219.00 | $219.00 |
| Parking | 3 | days | $20.00 | $60.00 |
| Mileage | 50 | miles | $0.485 | $24.25 |
| | | | Subtotal: | $11,953.25 |
| | | | **Total Amount Due:** | $11,953.25 |

Thank you for the opportunity to provide you services.

Sincerely,

Architecture          Consulting          Barrier-Free Design
4016 Jefferson Street, Hyattsville,  MD 20781          301-440-4276          mark.j.mazz@verizon.net

Mark J. Mazz, AIA

2

Architecture          Consulting          Barrier-Free Design
4016 Jefferson Street, Hyattsville,  MD 20781          301-440-4276          mark.j.mazz@verizon.net