

Mark J. Mazz, AIA



# Augusta State Medical Prison
# Georgia State Prison
# Georgia Diagnostic and Classification Prison

## Americans with Disabilities Act/

Architecture     Consulting     Barrier-Free Design
4016 Jefferson Street, Hyattsville, MD 20781     301-440-4276     301-263-6868 Fax     mark.j.mazz@verizon.net

# Section 504
# Barrier Survey

Report September 2, 2008

**General**

I was engaged to perform an ADA/Section 504 evaluation of the physical facilities at Augusta State Medical Prison (Augusta), Georgia State Prison (Reidsville), and Georgia Diagnostic and Classification Prison (Jackson).

The Department of Justice (DOJ) Section 504 regulations require new construction, additions, or alterations constructed after March 7, 1988 to comply with the Uniform Federal Accessibility Standards (UFAS) (§42.522). The Americans with Disabilities Act (ADA) Title II regulations require new construction, additions, or alterations constructed after January 26, 1992 to comply with either UFAS or the ADA Standards for Accessible Design. (§35.151) UFAS Section 4.1.4(9)(b) requires 5% of the residential units and all common use areas be made accessible.

Portions of facilities that have not been altered since March 7, 1988 must comply with Section 504 §42.521 and ADA §35.150(a). These sections require a public entity to operate each service, program, or activity so that the service, program, or activity, when viewed in its entirety, is readily accessible to and usable by individuals with disabilities. Services, programs, and activities (programs) include housing in different levels of confinement, such as medium security, closed security, and high maximum security. It also includes access to recreational facilities, classrooms, libraries, computers, work programs, visitation areas, mailrooms, commissaries, and other areas. According to DOJ, facilities designated for accessible programs must comply with either UFAS or the ADA Standards for Accessible Design. (35.150(3)(b), in the Preamble: "The requirements of §35.151 for alterations apply to structural changes undertaken to comply with this section.")

Where inmates use facilities independently, program access requires that inmates with disabilities, to the extent feasible, also be permitted to use these facilities independently. Physical barriers that block independent access must be removed. Here are some examples. There must be sufficient clear floor space around the toilet to facilitate an independent transfer. The shower must be on an accessible route, have sufficient clear floor space, have accessible controls and grab bars, and provide the same level of privacy. There must be sufficient maneuvering space to open the entrance door to the library independently. And, recreational equipment must be on an accessible route.

I received some information regarding accessibility modifications to prison facilities. However, I did not receive information regarding general capital improvements and other alterations. Without

Architecture     Consulting     Barrier-Free Design
4016 Jefferson Street, Hyattsville, MD 20781     301-440-4276     301-263-6868 Fax     mark.j.mazz@verizon.net

this information, I cannot determine which facilities must be UFAS compliant because of alterations.

Both Section 504 and the ADA required the Georgia Department of Corrections (GDOC) to evaluate its programs and develop a Transition Plan for removing all the barriers to these programs. I have not seen a comprehensive Transition Plan. However, GDOC did send documentation dating between 1996 and January 23, 2003. These documents contain reports based upon partial surveys. Also, the documents contain charts with funding information. These charts show a funding level of $708,095.05 for accessibility modifications and show that only $425,106.83 (60%) was spent removing barriers. GDOC returned the remaining $288,988.22. Therefore, it appears that GDOC chose not to remove all the barriers to access that they identified.

The scope of my evaluation was limited to some areas that house programs for Tracy Miller and Tony Goodman. I did not survey all areas that may be available to them. For example, I did not survey the visitation area or the recreation areas at Georgia Diagnostic and Classification Prison. I do not know all the programs that are available to inmates at the security levels of Mr. Miller and Mr. Goodman. In that I only reviewed the areas presented to me, additional areas may also need modifications.

Mr. Miller suffers from complete paralysis in his right leg, partial paralysis in his left leg, and a neurogenic bladder condition that causes urinary incontinence. He also has diminished control of his colon. His right shoulder has a torn rotator cuff. At 29" wide, Mr. Miller's current wheelchair may be too wide for him. Wider wheelchairs can be harder to control and may require more floor space to make turns. Mr. Goodman also has paraplegia. He has limited upper body strength and a weak grip in his left hand. He cannot transfer himself into bed using a trapeze. I have not seen physical therapist reports or occupational therapist reports that address their mobility capabilities. Absent an acceptable physical or occupational therapist evaluation, I cannot adjust my evaluation to include only those features that block access for Mr. Miller and Mr. Goodman.

I used UFAS for the assessment because it is the required standard for Section 504 and the optional standard for the ADA.

Architecture          Consulting          Barrier-Free Design
4016 Jefferson Street, Hyattsville, MD 20781          301-440-4276          301-263-6868 Fax          mark.j.mazz@verizon.net

**Augusta State Medical Prison, Grovetown**

1. I do not know which parts of this prison were altered since March 7, 1988.

2. Segregation Cell, Cell 6A4.
   a. Toilet:
       i. Seat is not between 17" and 19" above the floor.  (§4.16.3)  The seat is 15" above the floor.  Mr. Miller's wheelchair seat is 20" above the floor.   Transfers are very difficult with such an extreme difference in height.  (Photos 1672 – 1674) (Attachment 2, page 11).
       ii. Centerline is not 18" from the sidewall.  (§4.16.2)  It is 15". The closeness to the wall makes it more difficult to use the grab bars and stay balanced on the toilet, particularly for a larger man.  (Photos 1682 – 1683) (Attachment 3, page 15).
       iii. The centerline of the grab bars are not mounted between 33" and 36" above the floor.  (§4.16.4)  They are mounted 32" above the floor.  A low-mounted grab bar makes some transfer techniques more difficult.  (Photos 1676 – 1677) (Attachment 3, page 13).
       iv. Rear grab bar is not 36" long.  (§4.16.4)  It is about 30" long.  The shorter grab bar makes some transfer techniques more difficult.  (Photo 1676) (Attachment 3, page 12).
       v. The leading edge sidewall grab bar is not at least 54" from the rear wall.  (§4.16.4)  It is about 34" from the rear wall.  The shorter grab bar makes some transfer techniques more difficult.  (Photo 1676) (Attachment 3, page 12).
       vi. The bed reduces the width of clear floor space is less than 48".  (§4.16.2)  It is about 42" wide, which makes it more difficult to transfer from the wheelchair onto the toilet.  (Photo 1676) (Attachment 3, page 12).
   b. The toilet blocks the lavatory clear floor space.  (§4.19.3)  This makes it very difficult, if not impossible, to use the lavatory.  (Photo 1676) (Attachment 3, page 12).
   c. Bed is about 16" high, which is about 4" below the height of a wheelchair seat.  Many persons in wheelchairs cannot make this transfer unless the top of the bed is about the same height as the wheelchair seat.   (Photos 1678 – 1679) (Attachment 3, page 13).
   d. This cell does not have a storage cabinet or desk.  I did not see a comparable cell.  Therefore, I do not know if additional furnishings are typically provided.  If provided, there may not be sufficient space to turn around.  (§42, Subpart G)
   e. Pass-thru counter is mounted more than 34" above the floor.  (§4.32.4)  It is 40 ½" above the floor, which can put additional stress on the shoulders.  (Photos 1680 - 1681) (Attachment 3, page 14).

3. Cell B122, Mr. Goodman's Cell (note: unable to take photos in his cell):
   a. Toilet:
       i. Centerline of the toilet is not 18" from the sidewall.  (§4.16.2)  It is 17 ½".  The closeness to the wall makes it more difficult to use the grab bars and stay balanced on the toilet.

Architecture          Consulting          Barrier-Free Design
4016 Jefferson Street, Hyattsville, MD 20781          301-440-4276          301-263-6868 Fax          mark.j.mazz@verizon.net

ii. Seat is not between 17" and 19" above the floor.  (§4.16.3)  It is 16 ¾" above the floor.  Transfers become more difficult as the height difference between the toilet and wheelchair seat increases.

iii. Rear grab bar is not 36" long.  (§4.16.4)  It is only 24" long.  The shorter grab bar makes some transfer techniques more difficult.

iv. Side grab bar is not 42" long.  (§4.16.4)  It is only 30" long.  The shorter grab bar makes some transfer techniques more difficult.

v. Side grab bar leading is not at least 54" from the rear wall.  It is 47 ½" from the rear wall.  (§4.16.4)

b. Lavatory top is more than 34" above the floor.  (§4.19.2)  It is 35" above the floor.  Using a taller sinks strains the shoulders more.

4. Bathing for Segregation Cells:

a. Shower C102:  An inmate without a disability showers independently. (Attachment 3, page 16).

i. Centerline of the grab bars are not mounted between 33" and 36".  (§4.21.4)  They are mounted 40" above the floor, which increases the stress on the shoulders.  (Photos 1686 - 1687)

ii. Grab bars are not mounted on three walls. (§4.21.4)  This reduces one's maneuverability.  (Photo 1686)

iii. Clear floor space for the controls is less than 30" wide.  (§4.27.2)  It is about 25 ½" wide.  Also, a laundry basket blocks access.  A person in a wheelchair cannot independently operate the controls.  (Photo 1688)

iv. Shower chair design is not designed for independent use.  It does not have large wheels with rims for self-propulsion.  (Photo 1686)

v. As arranged, the floor area does not provide sufficient clear floor space to turn around using a 60" diameter circle or a T-shape turn. (§4.22.3) (Photo 1686)

b. Bathtub Room C125:  An inmate without a disability bathes independently.

i. No seat is provided.  (§4.20.3)  One cannot transfer safely into a tub without a securely fastened tub seat.  (Photos 1692 - 1693) (Attachment 4, page 2).

ii. No grab bar is on the control wall.  (§4.20.4)  This limits one's ability to transfer into the tub.  (Photo 1693) (Attachment 4, page 2).

iii. Controls are not mounted between the midpoint of the control wall and the open side of the tub.  (§4.20.5)  Therefore, a person with disability cannot turn on and adjust the water temperature before entering the tub.  (Photo 1693) (Attachment 4, page 2).

iv. Shower unit does not have a flexible hose.  (§4.20.6)  Without one a person with disability cannot shower their entire body. (Photo 1694) (Attachment 4, page 3).

v. Only one grab bar is mounted on the back wall. (§4.20.4)  Without the lower grab bar, one cannot pull himself up from the tub.  (Photo 1694) (Attachment 4, page 3).

vi. No grab bar is mounted on the head wall.  (§4.20.4)  This limits one's ability to transfer into the tub.  (Photo 1692) (Attachment 4, page 2).

vii. The floor area does not provide sufficient clear floor space to turn around using a 60" diameter circle or a T-shape turn. (§4.22.3) A person using a wheelchair

5

would have to exit the room to turn around.  (Photos 1691) (Attachment 4, page 1).

5. Drinking fountain near Bathtub Room C125:
   a. Knee space is less than 27" high.  It is 24" high.  A floor mat interferes with the clear floor space.  (§4.15.5)  Therefore, one must drink sideways, which is difficult for some and impossible for others.  Additionally, the mat prevents one from getting close to the drinking fountain.  (Photos 1695, 1696, and 1698) (Attachment 4, page 4).

6. Day Room near the Shower Room C102:
   a. Door hardware requires tight grasping and twisting to operate.  (§4.13.9)  (Photos 1699) (Attachment 4, page 5).

7. Library
   a. Maneuvering space beside the door on the pull side is less than 18".  (§4.13.6)  It is about 6", which makes it difficult for a person in a wheelchair to open the door independently.  (Photo 1562) (Attachment 1, page 13).
   b. Door hardware requires tight grasping and twisting to operate.  (§4.13.9)  (Photo 1562) (Attachment 1, page 13).
   c. None of the tables provide knee space that is at least 27" high and 19" deep.  (§4.32.3)  The tables provide either 25 ½" high knee space of sufficient depth or 26" high knee space that is only 8" deep.  Therefore, a person in a wheelchair will not be able to sit comfortably and functionally at the desks.  (Photos 1564 – 1571) (Attachment 2, page 1).

8. Law Library
   a. Counter in law library area is more than 36" high.  It is 42" high.  (§7.2)  Therefore, a person in a wheelchair may need the librarian to walk around the counter.  (Photos 1572 – 1573) (Attachment 2, page 2).
   b. The knee space at the carrels is not at least 27" high.  (§4.32.3)  They provide 26" high knee space.  Therefore, a person in a wheelchair will not be able to sit comfortably and functionally at the desks. (Photos 1574 - 1575) (Attachment 2, page 3).

9. Classrooms 1 through 5
   a. In most, movable furniture is not arranged to permit access to tables. (§4.3)
   b. Door hardware requires tight grasping and twisting to operate.  (§4.13.9)
   c. Only Classroom 5 has a table that provides knee space at least 27" high, 30" wide, and 19" deep.  (§4.32.3)  Therefore, a person in a wheelchair will not be able to sit comfortably and functionally at the desks in Classrooms 1 through 4. (Photos 1577, 1605, 1607, 1609, 1610) (Attachment 2, page 4).

10. Toilet Room for the Library and Classrooms
    a. Door remains propped open with a trashcan while inmates use the building.  The trashcan narrows the accessible route to less than 32". (§4.4.1)  It is 26 ½", which is 2 ½" narrower than Mr. Miller's wheelchair.  (Photos 1581 – 1582) (Attachment 2, page 5).

Architecture          Consulting          Barrier-Free Design
4016 Jefferson Street, Hyattsville, MD 20781          301-440-4276          301-263-6868 Fax          mark.j.mazz@verizon.net

b. Toilet
   i. Centerline is not 18" from the sidewall. (§4.17.3) It is 19 ½", making the grab bar more difficult to reach while transferring onto the toilet. (Photos 1583 – 1584) (Attachment 2, page 6).
   ii. Leading edge of side grab bar is not at least 52" from the rear wall. (§4.17.6) It is 45". The grab bar placement makes some transfer techniques more difficult. (Photos 1586 – 1587) (Attachment 2, page 7).
   iii. Rear grab bar is not within 6" of the sidewall. (§4.17.6) It is about 22" from the sidewall. The grab bar placement makes some transfer techniques more difficult. (Photo 1585) (Attachment 2, page 7).
   iv. Flush control is not mounted on the wide side. (§4.16.5) This makes it less likely for a person with disability to be able to flush the toilet. (Photo 1585) (Attachment 2, page 7).
c. Urinal rim is more than 17" above the floor. (§4.18.2) It is 19" above the floor making it is too high for a person in a wheelchair to use. (Photos 1589 - 1590) (Attachment 2, page 8).
d. Lavatory knee space is less than 29" high. (§4.19.2) It is only 27" high, making it difficult to wheel far enough under the sink and reach the controls. (Photos 1591 – 1592) (Attachment 2, page 9).
e. Bottom of the mirror reflective surface is more than 40" above the floor. (§4.19.6) It is 48" above the floor, which is above one's eye level when sitting in a wheelchair. (Photo 1593) (Attachment 2, page 9).

11. Outdoor seating area:
a. The maneuvering space on pull side of the door is not level. (§4.13.6) It slopes 11.5%. Without a level landing, a person in a wheelchair will roll away when attempting to open the door. (Photos 1701 – 1702) (Attachment 4, page 6).
b. Maneuvering space on the pull side is not 18" wide beside the door. (§4.13.6) It does not extend to the latch of the door. Without the maneuvering space, a person in a wheelchair cannot open the door. (Photos 1703 – 1704) (Attachment 4, page 7).

12. Physical Therapy Toilet Room A151B:
a. Door
   i. Hardware requires tight grasping and twisting to operate. (§4.13.9) (Photo 1712) (Attachment 4, page 8).
   ii. On the pull side, the lavatory reduces the width of the maneuvering space to less than 18". (§4.13.6) It is 1". Without a clear maneuvering space, it becomes very difficult to open the door while seated in a wheelchair. (Photo 1712) (Attachment 4, page 8).
   iii. Clear opening width is less than 32". (§4.13.5) It is 31", which makes it difficult to maneuver through the doorway. (Photos 1707, 1709) (Attachment 4, page 8).
b. Lavatory drainpipes are not insulated or covered. (§4.19.4) Therefore, a paraplegic could burn or cut himself without realizing it. (Photo 1713) (Attachment 4, page 9).
c. On the mirror, the bottom of the reflective surface is more than 40" above the floor. (§4.19.6) It is 42 ½" above the floor, which is only 4" below eye level when seated in a wheelchair. (Photos 1710, 1711) (Attachment 4, page 9).

Architecture     Consulting     Barrier-Free Design
4016 Jefferson Street, Hyattsville, MD 20781     301-440-4276     301-263-6868 Fax     mark.j.mazz@verizon.net

d. Toilet:
    i. Centerline is not 18" from the sidewall. (§4.16. 2) It is 21". Some transfer techniques use both the grab bar and sidewall. The wall is too far away to provide support during the transfer. (Photos 1714 – 1715) (Attachment 4, page 10).
    ii. Grab bar configuration interferes with transferring from a wheelchair to the toilet. (§4.16.4) This configuration only helps persons who have trouble sitting and standing. Both Mr. Miller and Mr. Goodman use wheelchairs. (Photo 1716) (Attachment 4, page 10).
    iii. Flush control is not on the wide side. (§4.16.5) Therefore, a person with disability is less likely to be able to flush the toilet. (Photo 1714) (Attachment 4, page 10).

13. Physical Therapy drinking fountain spout is more than 36" above the floor. It is 41" above the floor. This is too high for a person in a seated position. (§4.15.2)

14. Infirmary:
    a. Drinking fountain near bathtub H125
        i. Knee space is less than 27" high. (§4.15.5) It is 25 ½". Therefore, one must drink sideways, which is difficult for some and impossible for others. (Photos 1653 – 1654) (Attachment 3, page 5).
    b. Shower Room H102: An inmate without a disability showers independently.
        i. Threshold is more than ½" high. (§4.3.8) It is 2 ½", which blocks independent access to a person in a wheelchair. (Photos 1658 – 1659) (Attachment 3, page 6).
        ii. Centerlines of grab bars are not mounted between 33" and 36". (§4.21.4) They are mounted 39" above the floor, which increases the stress on the shoulders. (Photos 1660 – 1661) (Attachment 3, page 7).
        iii. Grab bars are not on three walls and do not extend the length of all the walls in the shower area. (§4.21.4) This reduces maneuverability. (Photo 1660) (Attachment 3, page 7).
        iv. Clear floor space for the controls is less than 30" wide. (§4.27.2) It is about 27" wide. A person in a wheelchair may not be able to reach the controls. (Photo 1663) (Attachment 3, page 8).
        v. Shower chair design does not accommodate independent use. It does not have large wheels with rims for self-propulsion. (Photo 1664) (Attachment 3, page 8).
        vi. As arranged, the floor area does not provide sufficient clear floor space to turn around using a 60" diameter circle or a T-shape turn. (§4.22.3) (Photos 1662 – 1664) (Attachment 3, page 8).
    c. Bathtub Room H125: Once in the room, an inmate bathes independently unless assistance is needed.
        i. Threshold is more than ½" high. (§4.3.8) It is 1 ¾", which can prevent a person in a wheelchair from entering independently. (Photos 1666 – 1667) (Attachment 3, page 9).
        ii. No seat is provided. (§4.20.3) One cannot transfer safely into a tub without a securely fastened tub seat. (Photos 1668 – 1669) (Attachment 3, page 10).

Architecture          Consulting          Barrier-Free Design
4016 Jefferson Street, Hyattsville, MD 20781          301-440-4276          301-263-6868 Fax          mark.j.mazz@verizon.net

iii. No grab bar is on the control wall. (§4.20.4) This limits one's ability to transfer into the tub. (Photo 1668) (Attachment 3, page 10).

iv. Controls are not mounted between the midpoint of the control wall and the open side of the tub. (§4.20.5) Therefore, a person with disability cannot turn on and adjust the water temperature before enter the tub. (Photo 1668) (Attachment 3, page 10).

v. Shower unit does not have a flexible hose. (§4.20.6) Without the flexible hose a person with disability cannot shower their entire body. (Photo 1668) (Attachment 3, page 10).

vi. Only one grab bar is mounted on the back wall. (§4.20.4) Without the lower grab bar, one will not be able to pull himself up from the tub. (Photo 1669) (Attachment 3, page 10).

vii. No grab bar is mounted on the head wall. (§4.20.4) This limits ones ability to transfer into the tub. (Photo 1669) (Attachment 3, page 10).

viii. The floor area does not provide sufficient clear floor space to turn around using a 60" diameter circle or a T-shape turn. (§4.22.3) A person using a wheelchair will have to exit the room to turn around. (Photos 1666, 1668) (Attachment 3, pages 9-10).

15. Infirmary Cell: I surveyed Room 3A1.
    a. This cell has the standard fixtures and furniture. As arranged, the floor space does not provide sufficient clear floor space to turn around using a 60" diameter circle or a T-shape turn. (§4.22.3)
    b. Storage above the toilet is not within reach. (§4.2.5, 4.2.6) (Photo 1633) (Attachment 2, page 14).
    c. Toilet
        i. Cell configuration requires a side approach to the toilet. The bed reduces the clear floor space width to less than 48". (§4.16.2) It is about 45", making it difficult to transfer form a wheelchair onto the toilet. (Photo 1633) (Attachment 2, page 14).
        ii. No rear grab bar. (§4.16.4) No grab bar makes some transfer techniques more difficult. (Photo 1633) (Attachment 2, page 14).
        iii. Side grab bar:
            1. Centerline is not between 33" and 36". (§4.16.4) It is mounted at 30". A grab bar that is mounted this low makes it very difficult to shift one's weight. (Photos 1642 – 1643) (Attachment 3, page 2).
            2. Is less than 42" long. (§4.16.4) It is 36" long. The shorter grab bar makes some transfer techniques more difficult. (Photos 1644 - 1646) (Attachment 3, page 3).
            3. The leading edge is not at least 54" from the rear wall. (§4.16.4) It is 38" from the rear wall. Such a placement makes some transfer techniques more difficult. (Photos 1644 - 1646) (Attachment 3, page 3).
        iv. Centerline is not 18" from the sidewall. (§4.16.2) It is 16". The closeness to the wall makes it more difficult to use the grab bars and stay balanced on the toilet, particularly for a larger man. (Photos 1640 – 1641) (Attachment 3, page 1).
    d. Lavatory (Attachment 3, page 4).

9

i. Faucet requires tight grasping and twisting to operate.  (§4.19.5)  (Photo 1647)
ii. Drainpipe is not insulated or covered.  (§4.19.4)  Therefore, a paraplegic could burn or cut himself without realizing it. (Photo 1649)

16. Accessible route to dining and recreation:  A portion of the route near the dining facility slopes more than 5% and does not have ramp features.  (§4.8.2) It slopes 8.1%.  It is difficult to go up this steep slope without using handrails and having appropriate landings.  (Photos 1560 – 1561) (Attachment 1, page 12).

17. Gym:
   a. Lockers require tight grasping to operate.  (§4.27.4) (Photo 1523) (Attachment 1, page 1).
   b. Drinking fountain knee clearance is not at least 27" high.  (§4.15.5)  It is 26" high, which makes it difficult drink while fully seated in the wheelchair.  (Photos 1545 – 1546) (Attachment 1, page 1).
   c. Shower:
      i. Threshold is taller than ½".  (§4.3.8) It is 4" tall and blocks access to anyone using a wheelchair.  (Photo 1527) (Attachment 1, page 2).
      ii. Showerhead is not on an accessible hose or mounted at 48".  (§4.21.6)  It is mounted 67" above the floor, making it difficult to take a complete shower. (Photos 1528 – 1529) (Attachment 1, page 2).
      iii. Controls required tight grasping and twisting to operate. (§4.21.5)  (Photo 1530) (Attachment 1, page 2).
      iv. There are no grab bars. (§4.21.4)  This makes it difficult to maneuver under the showerhead.
      v. No fixed seat or shower chair is provided.  A person who uses a wheelchair requires a fixed seat that complies with §4.21.3 or a shower chair that the person with disability can self-propel into the shower.
   d. Toilet Room:
      i. Toilet:
         1. Rear grab bar is not 1 ½" from the rear wall and is less than 36" long. (§4.16.4)  It is 5" from the rear wall and about 31" long. The grab bar placement makes some transfer techniques more difficult.  (Photos 1532 - 1534) (Attachment 1, page 3).
         2. Seat is not 17" to 19" above the floor. (§4.16.3)  It is 16" above the floor. Transfers become difficult the greater the height difference between the toilet and wheelchair seats.  Wheelchair seats are typically 19" to 22" above the floor.  Mr. Miller's is 20". (Photos 1535 – 1536) (Attachment 1, page 4).
         3. Toilet is not 18" from the sidewall.  (§4.16.2) It is 19" from the sidewall, making the grab bar more difficult to reach while transferring onto the toilet.   (Photos 1537 – 1538) (Attachment 1, page 5).
         4. Flush control is not mounted on the wide side.  (§4.16.5) This makes it less likely for a person with disability to be able to flush the toilet. (Photo 1537) (Attachment 1, page 5).

Architecture          Consulting          Barrier-Free Design
4016 Jefferson Street, Hyattsville, MD 20781          301-440-4276          301-263-6868 Fax          mark.j.mazz@verizon.net

  ii. Lavatory knee space is less than 29" high.  (§4.19.2) It is only 28" high. (Photos 1539 – 1540) (Attachment 1, page 6).

  iii. Urinal:

   1. Rim is more than 17" above the floor.  (§4.18.2) It is 23" above the floor, which is higher than wheelchair seats.  (Photo 1542) (Attachment 1, page 7).

   2. Flush control is more than 44" above the floor.  It is 48" above the floor. (§4.18.4) (Photos 1543 – 1544) (Attachment 1, page 7).

18. Track, baseball diamond, and resistance stations:

 a. Portion the path just beyond the landing at the gym door slopes more than 8.33%. (§4.8.2)  It slopes at 23.1%.  It is difficult to traverse a slope that is steeper than 5% without using handrails and having appropriate landings.  Many persons in manual wheelchairs cannot wheel up a slope that is steeper than 8.33%.  (Photos 1547 – 1548) (Attachment 1, page 8).

 b. The portion of the path immediately after the gate slopes more than 5% and is not constructed as a ramp.  (§4.8.2) It slopes 7.4%.  It is difficult to traverse a slope that is steeper than 5% without using handrails and having appropriate landings.  (Photos 1558 -1559) (Attachment 1, page 11).

 c. There is no accessible route to a resistance station. (§4.3.2(2))  (Photos 1550 - 1551) (Attachment 1, page 9).

 d. Drinking fountain:

  i. There is no accessible route to the drinking fountain (§4.3.2(2))  (Photo 1553) (Attachment 1, page 10).

  ii. Spout is more than 36" above the ground.  (§4.15.2)  It is 39", which make drinking difficult when seated in a wheelchair.  (Photo 1554) (Attachment 1, page 10).

  iii. The control requires tight grasping and twisting to operate.  (§4.15.4)  (Photo 1554) (Attachment 1, page 10).

19. Chapel and Visitation

 a. Toilet Room

  i. Door hardware on exterior entrance door requires tight grasping and twisting to operate.  (§4.13.9)  (Photo 1612) (Attachment 2, page 10).

  ii. Door to the Visitation area:  Maneuvering space beside the door on the pull side is less than 18".  (§4.13.6)  It is 7 ½".  Without sufficient maneuvering space, it becomes very difficult to open the door while seated in a wheelchair.  (Photos 1631 – 1632) (Attachment 2, page 10).

  iii. Toilet

   1. Rear grab bar is less than 36" long.  (§4.16.4)  It is 18" long. The grab bar placement and configuration make some transfer techniques more difficult.  (Photo 1615) (Attachment 2, page 11).

   2. Space between the rear wall the grab bar is not 1 ½".  (§4.26. 2)  It is 6". The grab bar placement and configuration make some transfer techniques more difficult.  (Photo 1617) (Attachment 2, page 11).

Architecture   Consulting   Barrier-Free Design
4016 Jefferson Street, Hyattsville, MD 20781  301-440-4276  301-263-6868 Fax  mark.j.mazz@verizon.net

3. Clear space between the sidewall and the side of the lavatory is less than 36". (§4.16.2) It is 31 ½", which makes it difficult to transfer from a wheelchair onto the toilet. (Photos 1618 - 1619) (Attachment 2, page 11).
4. Centerline is not 18" from the sidewall. (§4.16.2) It is 17". The closeness to the wall makes it more difficult to use the grab bars and stay balanced on the toilet. (Photos 1622 – 1623) (Attachment 2, page 12).
5. Seat is not between 17" and 19" above the floor. (§4.16.3) It is 16". Transfers become difficult the greater the height difference between the toilet and wheelchair seats. (Photos1624 – 1625) (Attachment 2, page 12).
6. Flush control is not mounted on the wide side. (§4.16.5) This makes it less likely for a person in a wheelchair to be able to flush the toilet. (Photo 1622) (Attachment 2, page 12).

iv. Lavatory knee space is less than 29" high. (§4.19.2) It is only 27" high, making it difficult to wheel far enough under the sink and reach the controls. (Photos 1626 – 1627) (Attachment 2, page 13).
v. Bottom of the mirror reflective surface is more than 40" above the floor. (§4.19.6) It is 48" above the floor, which is above one's eye level when sitting in a wheelchair. (Photos 1628 – 1629) (Attachment 2, page 13).

20. Dining area: I did not survey this area.

21. Commissary window:
   a. Counter is more than 36" above the ground. It is 41 ½" above the ground. (§7.2) Therefore, a person with disability may need the worker to bring the items to him. (Photos 1725 – 1726) (Attachment 4, page 11).

**Georgia State Prison, Reidsville**

22. Except for the Law Library, I do not know which parts of this prison were altered since March 7, 1988.

23. Visiting Room:
   a. Interview Room 5:
      i. Door clear opening is less than 32". (§4.13.5) It is 30 ½", which makes it difficult to independently negotiate a wheelchair through the opening. (Photos 1740 – 1741) (Attachment 4, page 12).
      ii. At the counter, the knee and toe space is less than 19" deep. (§4.32.3) It is 6 ½" deep, making it difficult to use the counter surface while in a wheelchair. (Photos 1742 – 1744) (Attachment 4, page 13).
   b. Drinking fountain knee space is less than 27" high. (§4.15.5) It is 25 ½" high. Therefore, one must drink sideways, which is difficult for some and impossible for others. (Photos 1745 – 1746) (Attachment 4, page 14).

24. K - Building Shower, K-105:

Architecture            Consulting            Barrier-Free Design
4016 Jefferson Street, Hyattsville, MD 20781        301-440-4276        301-263-6868 Fax        mark.j.mazz@verizon.net

a. Door clear opening is less than 32" wide.  (§4.13.5)  It is 28 ½" wide, which is narrower than Mr. Miller's chair.  (Photos 1750 – 1751) (Attachment 4, page 15).
b. Shower floor cross-slopes more than 2% at the drain.  (§4.3.7)  It cross-slopes 8.4%.  This makes it very difficult to maneuver the shower chair independently.  (Photos 1752 – 1753) (Attachment 5, page 1).
c. Shower chair design does not accommodate independent use.  It does not have large wheels with rims for self-propulsion.  It may not be sufficiently stable during an independent transfer.  (Photos 1762 – 1763) (Attachment 5, page 2).
d. Pass-thru counter:
    i. It is higher than 34".  (§4.32.4)  It is 42" above the floor, which can put additional stress on the shoulders.   (Photos 1764 - 1765) (Attachment 5, page 2).
    ii. Clear floor space is not at least 48" deep.  (§4.32.2)  It is 42" deep, which may preclude the use of the pass-thru counter for a person in a wheelchair.
e. To take a shower independently, one must be unshackled, turn around to use the shower, then turn around again to be re-shackled.  The room is too narrow to turn around.  It does not accommodate a 60" diameter turning circle or T-turn.  (§4.23.3) (Photo 1752) (Attachment 5, page 1).

25. Cell #8:
    a. The clear floor space is insufficient to accommodate a 60" diameter turning circle or T-turn.  (§4.34.2(2))  Therefore, a person in a wheelchair may not be able to turn around in cell.  (Photos 1777 – 1784) (Attachment 5, page 9).
    b. Door clear opening is less than 32" wide.  (§4.13.5)  It is 29" wide, the same width as Mr. Miller's wheelchair.
    c. The bed and shelf obstruct a parallel approach to the vent control.  Therefore, the forward approach is necessary.
        i. It is mounted more than 48" above the floor.  (§4.2.5)  It is 55" above the floor.  The control is out of reach for many persons in wheelchairs.  (Photos 1766 – 1767) (Attachment 5, page 4).
        ii. A forward reach range ends at the toes.  (§4.2.5)  The baseboard heater and window sill require one to reach 6" beyond the forward reach range.  Doing so can cause the wheelchair to tip forward.  (Photos 1766 – 1767) (Attachment 5, page 4).
    d. Television shelf requires a side reach.  The bed obstructs access to the shelf.  The shelf is mounted higher than 46".  (§4.2.6)  It is 48".  Most of the shelf is out of reach to a person in a wheelchair.  (Photos 1768 - 1769) (Attachment 5, page 5).
    e. Toilet:
        i. Seat is not between 17" and 19" above the floor.  It is 14 ½" above the floor.  (§4.16.3)  Mr. Miller's wheelchair seat is 20" above the floor.   Transfers can become impossible with a height difference between the toilet and wheelchair seats of 5 ½".  (Photos 1770 – 1771) (Attachment 5, page 6).
        ii. Centerline is not 18" from the sidewall.  (§4.16.2)  It is about 33" from the sidewall.  The centerline of a sidewall grab bar is not 15 ¾".  It is 12".  Some transfer techniques use both the grab bar and sidewall.  The wall is too far away to provide support during the transfer.  The closeness of the grab bar makes it

13

more difficult to use the grab bars and stay balanced on the toilet, particularly for a larger man. (Photos 1774 – 1775) (Attachment 5, page 7).

   iii. Grab bars are arranged for a person who has difficulty standing and regaining balance, not for a person in a wheelchair.

   iv. There is no rear grab bar. (§4.16.4) (Photo 1774) (Attachment 5, page 7).

   v. The cell configuration requires a person in a wheelchair to use a side transfer. The grab bar between the toilet and the bed obstructs the clear floor space for a side transfer. (§4.16.2) (Photo 1774) (Attachment 5, page 7).

f. Lavatory: The clear floor space is too narrow and the knee clearance is too low for a person in a wheelchair to use the lavatory.

   i. Clear floor space is not 30" wide. (§4.19.3) It is about 19" wide. (Photo 1776) (Attachment 5, page 8).

   ii. Knee space is not at least 29" high. (§4.19.3) It is about 22" high. (Photos 1774, 1776) (Attachment 5, page 8).

g. Bed is about 18" high, which is about 2" below the seat in the wheelchair. Many persons in wheelchairs cannot make this transfer unless the top of the bed is about the same height as the wheelchair seat. Mr. Miller's wheelchair seat is 20" high. (Photos 1785 – 1786) (Attachment 5, page 10).

h. Toilet blocks access to the light fixture pull cord. (§4.2.5 or 4.2.6) Currently, the light cord is missing in this Cell. (Photo 1787) (Attachment 5, page 11).

i. There is no mirror in the cell. If other cells have mirrors, then this cell requires a mirror. (Photo 1790) (Attachment 5, page 11).

26. Infirmary Cell #14:

a. Toilet:

   i. Centerline is not 18" from the sidewall. It is 21 ½" from the sidewall, making the grab bar more difficult to reach while transferring onto the toilet.

   ii. Clear floor space is less than 36" wide between the sidewall and the side of the lavatory. (§4.16.2) It is 32" wide, making transfers from a wheelchair more difficult. (Photos 1812 – 1813) (Attachment 5, page 16).

   iii. Seat is not between 17" and 19" above the floor. (§4.16.3) The seat is 14 ¾" above the floor. Mr. Miller's wheelchair seat is 20" above the floor. Transfers can become impossible with a height difference between the toilet seat and wheelchair seat of 5 ¼". (Photos 1814 – 1815) (Attachment 5, page 17).

   iv. There is no horizontal rear grab bar. (§4.16.4) The missing grab bar makes some transfer techniques more difficult. (Photo 1822) (Attachment 6, page 2).

   v. Sidewall grab bar is not 42" long. (§4.16.4) It is 36" long, making some transfer techniques more difficult. (Photo 1822) (Attachment 6, page 2).

   vi. A commode chair is used over top the toilet when needed. This chair is designed to help persons who have trouble sitting and standing. It is not designed for independent transfers from wheelchairs. (Photos 1823 – 1824) (Attachment 6, page 2).

b. Lavatory:

   i. Knee space is not at least 29" high. (§4.19.2) It is 24" high, making it impossible to access the controls with a forward approach. (Photos 1816 – 1817) (Attachment 6, page 1).

Architecture      Consulting      Barrier-Free Design

4016 Jefferson Street, Hyattsville, MD 20781    301-440-4276    301-263-6868 Fax    mark.j.mazz@verizon.net

27. Infirmary Shower:
   a. Door clear width is less than 32". (§4.13.5)  It is about 25", which is narrower than most wheelchairs.  (Photo 1797) (Attachment 5, page 14).
   b. Door pass-thru counter is higher than 34". (§4.32.4)   It is about 40" high, which can put additional stress on the shoulders.  (Photo 1799) (Attachment 5, page 14).
   c. Centerline of the grab bars are not mounted between 33" and 36". (§4.21.4)  They are mounted at 38 ½", which can put additional stress on the shoulders and make maneuvering more difficult.  (Photos 1792 – 1793) (Attachment 5, page 12).
   d. Control requires tight grasping and twisting to operate.  (§4.21.5)  (Photo 1796) (Attachment 5, page 13).
   e. Showerhead is neither on a flexible hose or mounted 48" above the floor.  It is mounted 72" above the floor making it difficult to take a complete shower independently. (§4.21.6)  (Photos 1793 - 1795) (Attachment 5, page 13).
   f.  If inmates are locked in the shower, then there is insufficient clear floor space to accommodate a 60" diameter turning circle or T-turn.  (§4.23.3)

28. Infirmary Bathtub (Attachment 5, page 15):
   a. No seat is provided.  (§4.20.3)  One cannot transfer safely into a tub without a securely fastened tub seat.  (Photo 1800)
   b. There is no grab bar on the control wall.  (§4.20.4)  This limits one's ability to transfer into the tub.  (Photo 1800)
   c. Controls are not mounted between the midpoint of the control wall and the open side of the tub.  (§4.20.5)  Therefore, a person with disability cannot turn on and adjust the water temperature before enter the tub.  (Photo 1800)
   d. Only one grab bar is mounted on the back wall. (§4.20.4) Without the lower grab bar, one will not be able to pull himself up from the tub.  (Photo 1800)

29. Law Library:
   a. This space was renovated within the last few years.  However, they did not make it accessible.   Both the ADA and Section 504 require this space to be accessible. (§42.522).
   b. Portable computer station:
        i. Work counter is more than 34" high.  (§4.32.4)  It is 36" high, which increases stress on the shoulders.  (Photos 1826 – 1827) (Attachment 6, page 3).
        ii. Knee space under the counter is less than 19" deep. (§4.32.4)   It is about 14" deep, which requires a person in a wheelchair to constantly lean forward when trying to use the keyboard.  This is a difficult task for anyone with diminished upper body strength.  (Photos 1828) (Attachment 6, page 3).

30.  At this prison, I did not see a general collection library, classrooms, physical therapy area, recreational facilities, chapel, dining area, or commissary.  I do not know if this prison has these elements.  Additionally, I do not know which privileges are given at which security levels.

Architecture              Consulting         Barrier-Free Design
4016 Jefferson Street, Hyattsville, MD 20781          301-440-4276          301-263-6868 Fax          mark.j.mazz@verizon.net

**Georgia Diagnostic and Classification Prison, Jackson**

31. Other than the B Wing, I do not know which parts of this prison were built or altered since March 7, 1988.

32. Maximum Security Cell B-101:
    a. Television is built-in. Controls are mounted higher than 54". (§4.2.6) Controls are more than 72" above the floor, beyond the reach of someone in a wheelchair. (Photo 1831) (Attachment 6, page 4).
    b. Fixed stool blocks the clear floor space for the desk. (§4.32.3) Therefore, a person in a wheelchair cannot use the desk. (Photo 1836) (Attachment 6, page 4).

33. Maximum Security Shower B-15:
    a. There are no grab bars. (§4.21.4) The grab bars were removed because inmates could pull them off the wall. The grab bars were fastened to the wall using screws and lightweight plastic expansion shields instead of heavy-duty bolts and anchors. Grab bars are mounted more securely in other prisons, by either using three bolts per flange or by welding the bar onto a metal plate that is bolted to the wall. Grab bars are still required. (Photos 1845, 1850, 1788, 1822) (Attachment 6, page 5).

34. Infirmary Cell:
    a. Lavatory:
        i. Knee space is not at least 17" deep. (§4.19.3) It is 16" deep. A person in a wheelchair must lean farther forward to use the lavatory. (Photos 1856 – 1857) (Attachment 6, page 6).
        ii. Drainpipe is not at least 8" from the front of the lavatory. (§4.19.3) It is about 4", which blocks access to the lavatory. (Photo 1856) (Attachment 6, page 6).
        iii. Drainpipe is not insulated or protected. (§4.19.4) Therefore, a paraplegic could burn or cut himself without realizing it. (Photo 1856)
    b. Toilet:
        i. Centerline is not 18" from a sidewall. (§4.16.4) It is 60" from a sidewall. Many techniques to transfer from a wheelchair to the toilet include using the sidewall. Those techniques are not possible. (Photo 1858) (Attachment 6, page 7).
        ii. Seat height is less than 17" to 19" high. It is 16". (§4.16.3) (Photo 1859) (Attachment 6, page 8).
        iii. No rear grab bar is provided. (§4.16.4) This makes some transfer techniques more difficult to use. (Photo 1858) (Attachment 6, page 7).
        iv. A commode chair is mounted over the toilet.
            1. The seat is higher than 19". (§4.16.3) It is about 24" high, which is 4" higher than Mr. Miller's wheelchair seat. This height difference can block independent transfers. (Photos 1859 - 1860) (Attachment 6, page 8).
            2. Arms are designed to assistance an inmate stand up and stabilize himself. The arms interfere with an independent transfer from a wheelchair. (Photo 1858) (Attachment 6, page 7).
    c. Shower is a transfer type:

16

<ol type="i">
<li>No fixed seat is provided.  (§4.21.3)  Therefore, the shower is not usable by a person in a wheelchair.  (Photo 1863) (Attachment 6, page 10).</li>
<li>Stall is not 36" by 36".  (§4.21.2)  It is 40" by 40", which makes it more difficult for one to stay balanced while reaching for the controls.  (Photo 1863) (Attachment 6, page 10).</li>
<li>Clear floor space is not 48" wide, extending 12" behind the seat location.  (§4.21.2)   It is 40" wide and does not extend behind the seat location, making transfers into the shower very difficult if not impossible.  (Photo 1863) (Attachment 6, page 10).</li>
<li>Showerhead is neither on a flexible hose or mounted at 48".  (§4.21.6)  It is mounted 69" above the floor making it difficult to shower independently.  (Photos 1864 – 1865) (Attachment 6, page 11).</li>
<li>Path to the shower slopes more than 8.33%.  (§4.3.7)  The path slopes 11.4%.  This makes it very difficult to get to the shower.  This sloped area also interferes with clear floor space next to the bed.  (Photo 1861 – 1862) (Attachment 6, page 9).</li>
</ol>

35. Infirmary Shower:
<ol type="a">
<li>Ramp on the infirmary side of the shower:
<ol type="i">
<li>Ramp slopes more than 8.33%.  (§4.3.7)  It slopes at 26.2%.  Most people in wheelchairs cannot safely mount this slope independently, particularly without edge protection and handrails. (Photos 1876 – 1877) (Attachment 6, page 12).</li>
<li>Top landing is not at least 60" long.  (§4.8.4)  It is about 42" long, making it difficult to go up the ramp and turn into the shower area independently.  (Photo 1876) (Attachment 6, page 12).</li>
<li>Ramp does not have compliant edge protection, which makes the ramp less safe.  (Photo 1876) (Attachment 6, page 12).</li>
</ol>
</li>
<li>Ramp into the shower area:
<ol type="i">
<li>Ramp slopes more than 8.33%.  (§4.3.7)  It slopes 11.8%, which makes entering and exiting the shower area more difficult for a person in a wheelchair.   (Photos 1878 - 1879) (Attachment 6, page 13).</li>
<li>Ramp is less than 36" wide for more than 24".  (§4.3.7)  It narrows to about 31" for about 25".  (Photos 1882 – 1883) (Attachment 6, page 14).</li>
<li>Ramp does not have compliant edge protection, which makes the ramp less safe.  (Photo 1882) (Attachment 6, page 14).</li>
</ol>
</li>
<li>Grab bar does not extend under the shower controls and flexible hose.  (§4.21.4)  (Photo 1884) (Attachment 6, page 15).</li>
</ol>

36. At this prison, I did not see a general collection library, law library, classrooms, physical therapy area, recreational facilities, chapel, visitation area, dining area, or commissary.  I do not know if this prison has these elements.  Additionally, I do not know which privileges are given at which security levels.

Architecture          Consulting          Barrier-Free Design
4016 Jefferson Street, Hyattsville, MD 20781          301-440-4276          301-263-6868 Fax          mark.j.mazz@verizon.net