

1545



1546



1523

**Gym:**

Lockers require tight grasping to operate.  (§4.27.4)

Drinking fountain knee clearance is not at least 27" high.
(§4.15.5)  It is 26" high, which makes it difficult drink while
fully seated in the wheelchair.

# Augusta State Medical Prison



1528



1529



1530



1527

## Gym Shower:

Threshold is taller than ½". (§4.3.8) It is 4" tall and blocks access to anyone using a wheelchair.

Showerhead is not on an accessible hose or mounted at 48". (§4.21.6) It is mounted 67" above the floor, making it difficult to take a complete shower.

Controls required tight grasping and twisting to operate. (§4.21.5)

# Augusta State Medical Prison



1533



1532



1534

**Gym Toilet Room, Toilet:**

Rear grab bar is not 1 ½" from the rear wall and is less than 36" long.  (§4.16.4)  It is 5" from the rear wall and about 31" long. The grab bar placement makes some transfer techniques more difficult.

# Augusta State Medical Prison



1535



1536

**Gym Toilet Room, Toilet:**

Seat is not 17" to 19" above the floor. (§4.16.3)  It is 16" above the floor. Transfers become difficult the greater the height difference between the toilet and wheelchair seats.  Wheelchair seats are typically 19" to 22" above the floor.  Mr. Miller's is 20".

# Augusta State Medical Prison





1537



1538

**Gym Toilet Room, Toilet:**

Toilet is not 18" from the sidewall. (§4.16.2) It is 19" from the sidewall, making the grab bar more difficult to reach while transferring onto the toilet.

Flush control is not mounted on the wide side. (§4.16.5) This makes it less likely for a person with disability to be able to flush the toilet.

# Augusta State Medical Prison



1539



1540

**Gym Toilet Room:**

Lavatory knee space is less than 29" high.  (§4.19.2) It is only 28" high.

# Augusta State Medical Prison



1542



1543



1544

**Gym Toilet Room:**

Urinal:

Rim is more than 17" above the floor.  It is 23" above the floor, which is higher than wheelchair seats. (§4.18.2)

Flush control is more than 44" above the floor.  It is 48" above the floor.  (§4.18.4)

# Augusta State Medical Prison



1547



1548

**Track, baseball diamond, and resistance stations:**

Portion the path just beyond the landing at the gym door slopes more than 8.33%. (§4.8.2) It slopes at 23.1%. It is difficult to traverse a slope that are steeper than 5% without using handrails and having appropriate landings. Many persons in manual wheelchairs cannot wheel up a slope that is steeper than 8.33%.

# Augusta State Medical Prison



1550



1551

**Track, baseball diamond, and resistance stations:**

There is no accessible route to a resistance station (§4.3.2(2))

# Augusta State Medical Prison



1553



1554

**Track, baseball diamond, and resistance stations:**

Drinking fountain:

There is no accessible route to the drinking fountain (§4.3.2(2))

Spout is more than 36" above the ground. (§4.15.2) It is 39", which make drinking difficult when seated in a wheelchair.

Control requires tight grasping and twisting to operate. (§4.15.4)

# Augusta State Medical Prison



1559



1558

**Track, baseball diamond, and resistance stations:**

Portion of the path immediately after the gate slopes more than 5% and is not constructed as a ramp. (§4.8.2) It slopes 7.4%. It is difficult to traverse a slope that are steeper than 5% without using handrails and having appropriate landings.

# Augusta State Medical Prison



1560



1561

**Accessible route to dining and recreation:**

A portion of the route near the dining facility slopes more than 5% and does not have ramp features. (§4.8.2) It slopes 8.1%. It is difficult to go up this steep slope without using handrails and having appropriate landings.

# Augusta State Medical Prison



1562



1562

## Library

Maneuvering space beside the door on the pull side is less than 18". (§4.13.6) It is about 6", which makes it difficult for a person in a wheelchair to open the door independently.

Door hardware requires tight grasping and twisting to operate. (§4.13.9)

# Augusta State Medical Prison