

1565

1564



1567



1569

1568

## Library:

None of the tables provide knee space that is at least 27" high and 19" deep. (§4.32.3) The tables provide either 25 ½" high knee space of sufficient depth or 26" high knee space that is only 8" deep. Therefore, a person in a wheelchair will not be able to sit comfortably and functionally at the desks.



1571

# **Augusta State Medical Prison**





1572



1573

**Law Library**

Counter in law library area is more than 36" high.  It is 42" high.
(§7.2)  Therefore, a person in a wheelchair may need the
librarian to walk around the counter.

# Augusta State Medical Prison





1574



1575

**Law Library**

The knee space at the carrels is not at least 27" high.  (§4.32.3)
They provide 26" high knee space.  Therefore, a person in a
wheelchair will not be able to sit comfortably and functionally at
the desks.

# Augusta State Medical Prison



1577



1607

1605



1609

1610

**Classrooms 1 through 5:**

In most, movable furniture is not arranged to permit access to tables. (§4.3)

Only Classroom 5 has a table that provides knee space at least 27" high, 30" wide, and 19" deep. (§4.32.3) Therefore, a person in a wheelchair will not be able to sit comfortably and functionally at the desks in Classrooms 1 through 4.

# Augusta State Medical Prison



1581



1582

**Toilet Room for the Library and Classrooms:**

Door remains propped open with a trashcan while inmates use the building. The trashcan narrows the accessible route to less than 32". (§4.4.1)  It is 26 ½", which is 2 ½" narrower than Mr. Miller's wheelchair.

**Augusta State Medical Prison**





1583



1584

**Toilet Room for the Library and Classrooms:**

Toilet:

Centerline is not 18" from the sidewall.  (§4.17.3)  It is 19 ½", making the grab bar more difficult to reach while transferring onto the toilet.

# Augusta State Medical Prison



1587



1586



1585

**Toilet Room for the Library and Classrooms:**

Toilet:

Leading edge of side grab bar is not at least 52" from the rear wall. (§4.17.6) It is 45". The grab bar placement makes some transfer techniques more difficult.

Rear grab bar is not within 6" of the sidewall. (§4.17.6) If is about 22" from the sidewall. The grab bar placement makes some transfer techniques more difficult.

Flush control is not mounted on the wide side. (§4.16.5) This makes it less likely for a person with disability to be able to flush the toilet.

# Augusta State Medical Prison



1589



1590

**Toilet Room for the Library and Classrooms:**

Urinal rim is more than 17" above the floor.  (§4.18.2) It is 19" above the floor making it is too high for a person in a wheelchair to use.

# Augusta State Medical Prison



1591



1592



1593

### Toilet Room for the Library and Classrooms:

Lavatory knee space is less than 29" high. (§4.19.2) It is only 27" high, making it difficult wheel far enough under the sink and reach the controls.

Bottom of the mirror reflective surface is more than 40" above the floor. (§4.19.6) It is 48" above the floor, which is above one's eye level when sitting in a wheelchair.

# Augusta State Medical Prison



1631



1632



1612

Chapel and Visitation, Toilet Room:

Door hardware on exterior entrance door requires tight grasping and twisting to operate.  (§4.13.9)

Door to the Visitation area:  Maneuvering space beside the door on the pull side is less than 18".  (§4.13.6)  It is 7 ½".  Without sufficient maneuvering space, it becomes very difficult to open the door while seated in a wheelchair.

# Augusta State Medical Prison



1615



1617



1618

1619

Chapel and Visitation Toilet Room, Toilet:

Rear grab bar is less than 36" long. (§4.16.4) It is 18" long. The grab bar placement and configuration make some transfer techniques more difficult.

Space between the rear wall the grab bar is not 1 ½". (§4.26. 2) It is 6". The grab bar placement and configuration make some transfer techniques more difficult.

Clear space between the sidewall and the side of the lavatory is less than 36". (§4.16.2) It is 31 ½", which makes it difficult to transfer form a wheelchair onto the toilet.

# Augusta State Medical Prison



1624



1625



1622



1623

**Chapel and Visitation Toilet Room, Toilet:**

Centerline is not 18" from the sidewall. (§4.16.2) It is 17". The closeness to the wall makes it more difficult to use the grab bars and stay balanced on the toilet.

Seat is not between 17" and 19" above the floor. (§4.16.3) It is 16". Transfers become difficult the greater the height difference between the toilet and wheelchair seats.

Flush control is not mounted on the wide side. (§4.16.5) This makes it less likely for a person in a wheelchair to be able to flush the toilet.

# Augusta State Medical Prison



1626



1627





1628          1629

### Chapel and Visitation Toilet Room:

Lavatory knee space is less than 29" high. (§4.19.2) It is only 27" high, making it difficult to wheel far enough under the sink and reach the controls.

Bottom of the mirror reflective surface is more than 40" above the floor. (§4.19.6) It is 48" above the floor, which is above one's eye level when sitting in a wheelchair.

# Augusta State Medical Prison



1633

**Infirmary Cell Room 3A1:**

Storage above the toilet is not within reach. (§4.2.5, 4.2.6)

Toilet:

Cell configuration requires a side approach to the toilet.  The bed reduces the clear floor space width to less than 48".  (§4.16.2)  It is about 45", making it difficult to transfer form a wheelchair onto the toilet.

No rear grab bar. (§4.16.4)  No grab bar makes some transfer techniques more difficult.

# Augusta State Medical Prison