

1676



1677

**Segregation Cell, Cell 6A4.**

Toilet:

The centerline of the grab bars are not mounted between 33" and 36" above the floor. (§4.16.4) They are mounted 32" above the floor. A low-mounted grab bar makes some transfer techniques more difficult.

Rear grab bar is not 36" long. (§4.16.4) It is about 30" long. The shorter grab bar makes some transfer techniques more difficult.

The leading edge sidewall grab bar is not at least 54" from the rear wall. (§4.16.4) It is about 34" from the rear wall. The shorter grab bar makes some transfer techniques more difficult.

The bed reduces the width of toilet clear floor space is less than 48". (§4.16.2) It is about 42" wide making it more difficult to transfer.

The toilet blocks the lavatory clear floor space. (§4.19.3) This makes it very difficult, if not impossible, to use the lavatory.

# Augusta State Medical Prison



1678



1679

**Segregation Cell, Cell 6A4.**

Bed is about 16" high, which is about 4" below the height of a wheelchair seat.  Many persons in wheelchairs cannot make this transfer unless the top of the bed is about the same height as the wheelchair seat.

# Augusta State Medical Prison



1680



1681

**Segregation Cell, Cell 6A4.**

Pass-thru counter is mounted more than 34" above the floor. (§4.32.4)  It is 40 ½" above the floor, which can put additional stress on the shoulders.

# Augusta State Medical Prison



1682



1683

**Segregation Cell, Cell 6A4.**

Toilet:

Centerline is not 18" from the sidewall.  (§4.16.2)  It is 15".
The closeness to the wall makes it more difficult to use the grab
bars and stay balanced on the toilet, particularly for a larger
man.

# Augusta State Medical Prison



1640



1641

**Infirmary Cell Room 3A1:**

Toilet:

Centerline is not 18" form the sidewall. (§4.16.2) It is 16". The closeness to the wall makes it more difficult to use the grab bars and stay balanced on the toilet, particularly for a larger man.

**Augusta State Medical Prison**



1642



1643

**Infirmary Cell Room 3A1:**

Toilet side grab bar:

Centerline is not between 33" and 36". (§4.16.4) It is mounted at 30". A grab bar that is mounted this low makes it very difficult to shift one's weight.

# Augusta State Medical Prison



1646



1645



1644

**Infirmary Cell Room 3A1:**

Toilet side grab bar:

Is less than 42" long.  (§4.16.4)  It is 36" long.  The shorter grab bar makes some transfer techniques more difficult.

The leading edge is not at least 54" from the rear wall.  (§4.16.4) It is 38" from the rear wall.  Such a placement makes some transfer techniques more difficult.

# Augusta State Medical Prison





1647



1649

**Infirmary Cell Room 3A1:**

Lavatory:

Faucet requires tight grasping and twisting to operate.  (§4.19.5)

Drainpipe is not insulated or covered.  (§4.19.4)  Therefore, a paraplegic could burn or cut himself without realizing it.

# Augusta State Medical Prison