

1653



1654

**Infirmary:**

Drinking fountain near bathtub H125:

Knee space is less than 27" high.  (§4.15.5)  It is 25 ½".
Therefore, one must drink sideways, which is difficult for some
and impossible for others.

# Augusta State Medical Prison



1658



1659

**Infirmary:**

Shower Room H102:   An inmate without a disability showers independently.

Threshold is more than ½" high.  (§4.3.8)  It is 2 ½", which blocks independent access to a person in a wheelchair.

# Augusta State Medical Prison





1660



1661

**Infirmary:**

Shower Room H102:   An inmate without a disability showers independently.

Centerlines of grab bars are not mounted between 33" and 36". (§4.21.4)  They are mounted 39" above the floor, which increases the stress on the shoulders.

Grab bars are not on three walls and do not extend the length of all the walls in the shower area.  (§4.21.4)  This reduces maneuverability.

# Augusta State Medical Prison



1662



1663



1664

**Infirmary:**

Shower Room H102:   An inmate without a disability showers independently.

Clear floor space for the controls is less than 30" wide.  (§4.27.2) It is about 27" wide.  A person in a wheelchair may not be able to reach the controls.

Shower chair design does not accommodate independent use.  It does not have large wheels with rims for self-propulsion.

As arranged, the floor space does not provide sufficient clear floor space to turn around using a 60" diameter circle or a T-shape turn. (§4.22.3)

# Augusta State Medical Prison



1666



1667



1668

**Infirmary:  Bathtub Room H125:**

An inmate bathes independently unless assistance is needed.

Threshold is more than ½" high.  (§4.3.8)  It is 1 ¾", which can prevent a person in a wheelchair from entering independently.

The floor space does not provide sufficient clear floor space to turn around using a 60" diameter circle or a T-shape turn. (§4.22.3) A person using a wheelchair would have to exit the room to turn around.

# Augusta State Medical Prison



1668



1669

**Infirmary:  Bathtub Room H125:**

An inmate bathes independently unless assistance is needed.

No seat is provided.  (§4.20.3)  One cannot transfer safely into a tub without a securely fastened tub seat.

No grab bar is on the control wall.  (§4.20.4)  This limits one's ability to transfer into the tub.

Controls are not mounted between the midpoint of the control wall and the open side of the tub.  (§4.20.5)  Therefore, a person with disability cannot turn on and adjust the water temperature before enter the tub.

Shower unit does not have a flexible hose.  (§4.20.6)  Without the flexible hose a person with disability cannot shower their entire body.

Only one grab bar is mounted on the back wall. (§4.20.4) Without the lower grab bar, one will not be able to pull themselves up from the tub.

No grab bar is mounted on the head wall.  (§4.20.4)  This limits ones ability to transfer into the tub.

# Augusta State Medical Prison



1672



1673



1674

**Segregation Cell, Cell 6A4.**

Toilet:

Seat is not between 17" and 19" above the floor. (§4.16.3)   The seat is 15" above the floor.   Mr. Miller's wheelchair seat is 20" above the floor.   Transfers are very difficult with such an extreme difference in height.

# Augusta State Medical Prison



1686



1687

**Bathing for Segregation Cells, Shower C102:** An inmate without a disability showers independently.

Centerline of the grab bars are not mounted between 33" and 36". (§4.21.4) They are mounted 40" above the floor, which increases the stress on the shoulders.

Grab bars are not mounted on three walls. (§4.21.4) This reduces one's maneuverability.

Clear floor space for the controls is less than 30" wide. (§4.27.2) It is about 25 ½" wide. Also, a laundry basket blocks access. A person in a wheelchair cannot independently operate the controls.

Shower chair design is not designed for independent use. It does not have large wheels with rims for self-propulsion.

As arranged, the floor area does not provide sufficient clear floor space to turn around using a 60" diameter circle or a T-shape turn. (§4.22.3)



1688

# Augusta State Medical Prison