

1691

### Bathing for Segregation Cells, Bathtub Room C125:

The floor area does not provide sufficient clear floor space to turn around using a 60" diameter circle or a T-shape turn. (§4.22.3) A person using a wheelchair would have to exit the room to turn around.

# Augusta State Medical Prison



1693



1692

**Bathing for Segregation Cells, Bathtub Room C125:**

An inmate without a disability bathes independently.

No seat is provided. (§4.20.3) One cannot transfer safely into a tub without a securely fastened tub seat.

No grab bar is on the control wall. (§4.20.4) This limits one's ability to transfer into the tub.

Controls are not mounted between the midpoint of the control wall and the open side of the tub. (§4.20.5) Therefore, a person with disability cannot turn on and adjust the water temperature before enter the tub.

No grab bar is mounted on the head wall. (§4.20.4) This limits one's ability to transfer into the tub.

# Augusta State Medical Prison



1694

### Bathing for Segregation Cells, Bathtub Room C125:

Shower unit does not have a flexible hose.  (§4.20.6)  Without one a person with disability cannot shower their entire body.

Only one grab bar is mounted on the back wall. (§4.20.4) Without the lower grab bar, one cannot pull himself up from the tub.

# Augusta State Medical Prison



1696



1695



1698

## Drinking fountain near Bathtub Room C125:

Knee space is less than 27" high. It is 24" high. A floor mat interferes with the clear floor space. (§4.15.5) Therefore, one must drink sideways, which is difficult for some and impossible for others. Additionally, the mat prevents one from getting close to the drinking fountain.

# Augusta State Medical Prison



1699

**Day Room near the Shower Room C102:**

Door hardware requires tight grasping and twisting to operate. (§4.13.9)

**Augusta State Medical Prison**



1701



1702

**Outdoor seating area:**

Maneuvering space on pull side is not level. (§4.13.6) It slopes 11.5%. Without a level landing, a person in a wheelchair will roll away when attempting to open the door.

# Augusta State Medical Prison



1703

**Outdoor seating area:**

Maneuvering space on the pull side is not 18" wide beside the door.  (§4.13.6)  It does not extend to the latch of the door. Without the maneuvering space, a person in a wheelchair cannot open the door.



1704

# Augusta State Medical Prison



1707



1709



1712

**Physical Therapy Toilet Room A151B, Doorway:**

Hardware requires tight grasping and twisting to operate. (§4.13.9)

On the pull side, the lavatory reduces the width of the maneuvering space to less than 18". (§4.13.6) It is 1". Without a clear maneuvering space, it becomes very difficult to open the door while seated in a wheelchair.

Clear opening width is less than 32". (§4.13.5) It is 31", which makes it difficult to maneuver through the doorway.

# Augusta State Medical Prison



1710



1713



1711

**Physical Therapy Toilet Room A151B:**

Lavatory drainpipes are not insulated or covered. (§4.19.4) Therefore, a paraplegic could burn or cut himself without realizing it.

On the mirror, the bottom of the reflective surface is more than 40" above the floor. (§4.19.6) It is 42 ½" above the floor, which is only 4" below eye level when seated in a wheelchair.

# Augusta State Medical Prison



1714



1716



1715

**Physical Therapy Toilet Room A151B, Toilet:**

Centerline is not 18" from the sidewall.  (§4.16. 2)  It is 21".
Some transfer techniques use both the grab bar and sidewall.
The wall is too far away to provide support during the transfer.

Grab bar configuration interferes with transferring from a
wheelchair to the toilet.  (§4.16.4)  This configuration only helps
persons who have trouble sitting and standing.  Both Mr. Miller
and Mr. Goodman use wheelchairs.

Flush control is not on the wide side.  (§4.16.5)  Therefore, a
person with disability is less likely to be able to flush the toilet.

# Augusta State Medical Prison



1725



1726

**Commissary Window:**

Counter is more than 36" above the ground.  It is 41 ½" above the ground.  (§7.2)  Therefore, a person with disability may need the worker to bring the items to him.

# Augusta State Medical Prison



1740



1741

**Visiting Room, Interview Room 5:**

Door clear opening is less than 32". (§4.13.5) It is 30 ½", which makes it difficult to independently negotiate a wheelchair through the opening.

# Georgia State Prison, Reidsville



1742



1743



1744

**Visiting Room, Interview Room 5:**

At the counter, the knee and toe space is less than 19" deep.
(§4.32.3)  It is 6 ½" deep, making it difficult to use the counter
surface while in a wheelchair.

# Georgia State Prison, Reidsville



1745



1746

**Visiting Room:**

Drinking fountain knee space is less than 27" high. (§4.15.5) It is 25 ½" high. Therefore, one must drink sideways, which is difficult for some and impossible for others.

# Georgia State Prison, Reidsville



1750



1751

**K - Building Shower, K-105:**

Door clear opening is less than 32" wide.  (§4.13.5)  It is 28 ½"
wide, which is narrower than Mr. Miller's chair.

# Georgia State Prison, Reidsville