

1752



1753

**K - Building Shower, K-105:**

To take a shower independently, one must be unshackled, turn around to use the shower, then turn around again to be re-shackled.  The room is too narrow to turn around.  It does not accommodate a 60" diameter turning circle or T-turn.  (§4.23.3)

Shower floor cross-slopes more than 2% at the drain.  (§4.3.7)  It cross-slopes 8.4%.  This makes it very difficult to maneuver the shower chair independently.

# Georgia State Prison, Reidsville



1762



1763

**K - Building Shower, K-105:**

Shower chair design does not accommodate independent use. It does not have large wheels with rims for self-propulsion. It may not be sufficiently stable during an independent transfer.

# Georgia State Prison, Reidsville



1764



1765

**K - Building Shower, K-105:**

Pass-thru counter:

It is higher than 34".  (§4.32.4)  It is 42" above the floor, which can put additional stress on the shoulders.

# Georgia State Prison, Reidsville



1766



1767

**Cell #8:**

The bed and shelf obstruct a parallel approach to the vent control. Therefore, the forward approach is necessary.

It is mounted more than 48" above the floor. (§4.2.5) It is 55" above the floor. The control is out of reach for many persons in wheelchairs.

A forward reach range ends at the toes. (§4.2.5) The baseboard heater and window sill require one to reach 6" beyond the forward reach range. Doing so can cause the wheelchair to tip forward.

# Georgia State Prison, Reidsville



1768



1769

**Cell #8:**

Television shelf requires a side reach. The bed obstructs access to the shelf. The shelf is mounted higher than 46". (§4.2.6) It is 48". Most of the shelf is out of reach to a person in a wheelchair.

# Georgia State Prison, Reidsville



1770



1771

**Cell #8:**

Toilet seat is not between 17" and 19" above the floor. It is 14 ½" above the floor. (§4.16.3) Mr. Miller's wheelchair seat is 20" above the floor. Transfers can become impossible with a height difference between the toilet and wheelchair seats of 5 ½".

# Georgia State Prison, Reidsville



1775



1774

**Cell #8, Toilet:**

Centerline is not 18" from the sidewall.  (§4.16.2)  It is about 33" from the sidewall.  The centerline of a sidewall grab bar is not 15 ¾".  It is 12".  Some transfer techniques use both the grab bar and sidewall.  The wall is too far away to provide support during the transfer.  The closeness of the grab bar makes it more difficult to use the grab bars and stay balanced on the toilet, particularly for a larger man.

Grab bars are arranged for a person who has difficulty standing and regaining balance, not for a person in a wheelchair.

There is no rear grab bar.  (§4.16.4)

The cell configuration requires a person in a wheelchair to use a side transfer.  The grab bar between the toilet and the bed obstructs the clear floor space for a side transfer. (§4.16.2)

# Georgia State Prison, Reidsville



1776



1774

**Cell #8:**

Lavatory:  The clear floor space is too narrow and the knee clearance is too low for a person in a wheelchair to use the lavatory.

Clear floor space is not 30" wide.  (§4.19.3)  It is about 19" wide.

Knee space is not at least 29" high.  (§4.19.3)  It is about 22" high.

# Georgia State Prison, Reidsville