

1777

1778

1779

1780

1781

1782

1783

1784

**Cell #8:**

The clear floor space is insufficient to accommodate a 60" diameter turning circle or T-turn. (§4.34.2(2)) Therefore, a person in a wheelchair may not be able to turn around in cell.

# Georgia State Prison, Reidsville



1785



1786

**Cell #8:**

Bed is about 18" high, which is about 2" below the seat in the wheelchair. Many persons in wheelchairs cannot make this transfer unless the top of the bed is about the same height as the wheelchair seat. Mr. Miller's wheelchair seat is 20" high.

# Georgia State Prison, Reidsville



1790

**Cell #8:**

Toilet blocks access to the light fixture pull cord.  (§4.2.5 or 4.2.6)  Currently, the light cord is missing in this Cell.

There is no mirror in the cell.  If other cells have mirrors, then this cell requires a mirror.



1787

# Georgia State Prison, Reidsville



1792



1793

**Infirmary Shower:**

Grab bars are not mounted between 33" and 36". (§4.21.4) They are mounted at 38 ½", which can put additional stress on the shoulders and make maneuvering more difficult.

# Georgia State Prison, Reidsville



1793



1794



1795



1796

**Infirmary Shower:**

Control requires tight grasping and twisting to operate.  (§4.21.5)

Shower head is neither on a flexible hose or mounted 48" above the floor.  It is mounted 72" above the floor making it difficult to take a complete shower independently. (§4.21.6)

# Georgia State Prison, Reidsville



1797

**Infirmary Shower:**

Door clear width is less than 32". (§4.13.5) It is about 25", which is narrower than most wheelchairs.

Door pass-thru counter is higher than 34". (§4.32.4) It is about 40" high, which can put additional stress on the shoulders.



1799

# Georgia State Prison, Reidsville



1800

**Infirmary Bathtub:**

No seat is provided.  (§4.20.3)  One cannot transfer safely into a tub without a securely fastened tub seat.

There is no grab bar on the control wall.  (§4.20.4)  This limits one's ability to transfer into the tub.

Controls are not mounted between the midpoint of the control wall and the open side of the tub.  (§4.20.5)  Therefore, a person with disability cannot turn on and adjust the water temperature before enter the tub.

Only one grab bar is mounted on the back wall. (§4.20.4) Without the lower grab bar, one will not be able to pull himself up from the tub.

# Georgia State Prison, Reidsville



1812



1813

**Infirmary Cell #14:**

Toilet clear floor space is less than 36" wide between the sidewall and the side of the lavatory. (§4.16.2) It is 32" wide, making transfers from a wheelchair more difficult.

# Georgia State Prison, Reidsville



1814



1815

**Infirmary Cell #14:**

Seat is not between 17" and 19" above the floor.  (§4.16.3)  The seat is 14 ¾" above the floor.  Mr. Miller's wheelchair seat is 20" above the floor.  Transfers can become impossible with a height difference between the toilet seat and wheelchair seat of 5 ¼".

# Georgia State Prison, Reidsville