

1816



1817

**Infirmary Cell #14:**

Lavatory knee space is not at least 29" high.  (§4.19.2)  It is 24" high, making it impossible to access the controls with a forward approach.

# Georgia State Prison, Reidsville



1823



1822



1824

### Infirmary Cell #14:

There is no horizontal rear grab bar.  (§4.16.4)  The missing grab bar makes some transfer techniques more difficult.

Sidewall grab bar is not 42" long.  (§4.16.4)  It is 36" long, making some transfer techniques more difficult.

A commode chair is used over top the toilet when needed.  This chair is designed to help persons who have trouble sitting and standing.  It is not designed for independent transfers from wheelchairs.

## Georgia State Prison, Reidsville



1826



1827



1828

**Law Library:**

Portable computer station:

Work counter is more than 34" high.  (§4.32.4)  It is 36" high, which increases stress on the shoulders.

Knee space under the counter is less than 19" deep. (§4.32.4)   It is about 14" deep, which requires a person in a wheelchair to constantly lean forward when trying to use the keyboard.  This is a difficult task for anyone with diminished upper body strength.

# Georgia State Prison, Reidsville



1831



1836

**Maximum Security Cell B-101:**

Television is built-in.  Controls are mounted higher than 54".  (§4.2.6)  Controls are more than 72" above the floor, beyond the reach of someone in a wheelchair.

Fixed stool blocks the clear floor space for the desk.  (§4.32.3) Therefore, a person in a wheelchair cannot use the desk.

# Georgia Diagnostic and Classification Prison, Jackson



1845



1850



1788



1822

## Maximum Security Shower B-15:

There are no grab bars.  (§4.21.4)  The grab bars were removed because inmates could pull them off the wall.  The grab bars were fastened to the wall using screws and lightweight plastic expansion shields instead of heavy-duty bolts and anchors.  Grab bars are mounted more securely in other prisons, by either using three bolts per flange or by welding the bar onto a metal plate that is bolted to the wall.  Grab bars are still required.

# Georgia Diagnostic and Classification Prison, Jackson



1856



1857

**Infirmary Cell, Lavatory:**

Knee space is not at least 17" deep. (§4.19.3) It is 16" deep. A person in a wheelchair must lean farther forward to use the lavatory.

Drainpipe is not at least 8" from the front of the lavatory. (§4.19.3) It is about 4", which blocks access to the lavatory.

Drainpipe is not insulated or protected. (§4.19.4) Therefore, a paraplegic could burn or cut himself without realizing it.

# Georgia Diagnostic and Classification Prison, Jackson



1858

**Infirmary Cell, Toilet:**

Centerline is not 18" from a sidewall. (§4.16.4) It is 60" from a sidewall. Many techniques to transfer from a wheelchair to the toilet include using the sidewall. Those techniques are not possible.

No rear grab bar is provided. (§4.16.4) This makes some transfer techniques more difficult to use. (Photo 1858)

A commode chair is mounted over the toilet. Arms are designed to assistance an inmate stand up and stabilize. The arms interfere with an independent transfer from a wheelchair.

# Georgia Diagnostic and Classification Prison, Jackson



1860



1859

**Infirmary Cell, Toilet:**

Seat height is less than 17" to 19" high. It is 16". (§4.16.3)

A commode chair is mounted over the toilet. The seat is higher than 19". (§4.16.3) It is about 24" high which is 4" higher than Mr. Miller's wheelchair seat. This height difference can block independent transfers.

# Georgia Diagnostic and Classification Prison, Jackson