

1861





1862

**Infirmary Cell, Shower:**

Path to the shower slopes more than 8.33%. (§4.3.7) The path slopes 11.4%. This makes it very difficult to get to the shower. This sloped area also interferes with clear floor space next to the bed.

# Georgia Diagnostic and Classification Prison, Jackson



1863

**Infirmary Cell:**

Shower is a transfer type:

No fixed seat is provided.  (§4.21.3)  Therefore, the shower is not usable by a person in a wheelchair.

Stall is not 36" by 36".  (§4.21.2)  It is 40" by 40", which makes it more difficult for one to stay balanced while reaching for the controls.

Clear floor space is not 48" wide, extending 12" behind the seat location. (§4.21.2)   It is 40" wide and does not extend behind the seat location, making transfers into the shower very difficult if not impossible.

# Georgia Diagnostic and Classification Prison, Jackson



1864



1865

**Infirmary Cell, Shower:**

A commode chair is mounted over the toilet. The seat is higher than 19". (§4.16.3) It is about 24" high. At 4" higher than Mr. Miller's wheelchair seat. This height difference can block independent transfers.

# Georgia Diagnostic and Classification Prison, Jackson



1876



1877

**Infirmary Shower:**

Ramp on the infirmary side of the shower:

Ramp slopes more than 8.33%. (§4.3.7) It slopes at 26.2%. Most people in wheelchairs cannot safely mount this steep of a slope independently, particularly without edge protection and handrails.

Top landing is not at least 60" long. (§4.8.4) It is about 42" long, making it difficult to go up the ramp and turn into the shower area independently.

Ramp does not have compliant edge protection, which makes the ramp less safe.

# Georgia Diagnostic and Classification Prison, Jackson



1878



1879

**Infirmary Shower:**

Ramp into the shower area:

Ramp slopes more than 8.33%. (§4.3.7) It slopes 11.8%, which makes entering and exiting the shower area more difficult for a person in a wheelchair.

# Georgia Diagnostic and Classification Prison, Jackson





1882



1883

**Infirmary Shower:**

Ramp into the shower area:

Ramp slopes more than 8.33%. (§4.3.7) It slopes 11.8%, which makes entering and exiting the shower area more difficult for a person in a wheelchair.

Ramp does not have compliant edge protection, which makes the ramp less safe.

# Georgia Diagnostic and Classification Prison, Jackson



1884

**Infirmary Shower:**

Grab bar does not extend under the shower controls and flexible hose.  (§4.21.4)

# Georgia Diagnostic and Classification Prison, Jackson