## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | | |
|---|---|---|
| TONY GOODMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 699-12 |
| | ) | |
| JAMES E. DONALD, VICTOR A. WALKER, | ) | |
| HUGH SMITH, RONALD WHITAKER, | ) | |
| JOHN BROWN, JOHNNY SIKES, | ) | |
| HILTON HALL, O.T. RAY, | ) | |
| HENRY WIMBERLY, MICHAEL MOMMENT, | ) | |
| TARMARSHE SMITH, LARRY FLEMING, | ) | |
| HUGH SMITH, IVY HUGHES, BRIAN OWENS, | ) | |
| and CARMEN DILLIHUNT, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>VERDICT</u>

1.    We, the jury, find that Plaintiff has shown by a preponderance of evidence that he has or had a physical impairment that substantially limits or limited one or more major life activity.

    A.    Walking?

    _____ Yes     \_\_\_✓\_\_\_ No

If "Yes", in what years did Plaintiff have this physical impairment?

_____

    B.    Caring for himself?

    _____ Yes     \_\_\_✓\_\_\_ No

If "Yes", in what years did Plaintiff have this physical impairment?

_____

C.    Performing manual tasks?

_____ Yes          ___✓___ No

If "Yes", in what years did Plaintiff have this physical impairment?

_____

If "No", proceed to Question Number 2.


2.    We, the jury, find that Plaintiff has shown by a preponderance of evidence that:

A.  He has or had a physical impairment that does not substantially limit major life activities but was treated by Defendants as having such a limitation.

_____ Yes          ___✓___ No

If "Yes", in what years did Defendants treat Plaintiff as having a physical impairment that substantially limits Plaintiff's major life activities, even though that physical impairment did not in fact substantially limit Plaintiff's major life activities?

_____


B.  He has or had a physical impairment that substantially limits his major life activities only as a result of the attitudes of Defendants toward such an impairment.

_____ Yes          ___✓___ No

If "Yes", in what years did Plaintiff have a physical impairment that substantially limited his major life activities as a result of Defendants' attitudes toward such an impairment?

_____

2

C.  He does not have  or has not had an impairment but was treated by Defendants as having a substantially limiting impairment.

_____ Yes        ✓_____ No

If "Yes", in what years did Defendants treat Plaintiff as having a substantially limiting impairment?

_____

So say we all, this __28__ day of October, 2009.

_____
Foreperson